AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

The Colorado River Indian Tribes

**SUMMONS IN A CIVIL CASE**

V.

Dirk Kempthorne, Secretary of the Interior, And
Henry M. Paulson, Jr., Secretary of the Treasury

CASE NUMBER: 1:06cv02212JR

TO: (Name and address of Defendant)

Alberto R. Gonzales, Attorney General
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., N.W., Rm. B-103
Washinqton. D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven D. Gordon
Holland & Knight LLP
2099 Pennsylvania Ave., N.W., Suite 100
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                                         DEC 2 8 2006

CLERK                                                                                          DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/28/06 |
| NAME OF SERVER (PRINT) Steven D. Gordon | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  US Postal Service (via certified mail) (see attachment)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES  see attachment | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/19/07
          Date                        *Signature of Server*

Holland & Knight LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C.  20006
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**TO:** Alberto R. Gonzales, Attorney General
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., N.W., Rm. B-103
Washington, D.C. 20530-0001

**SENDER:** Steve Gordon

**REFERENCE:**

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | 1.11 |
|---|---|---|
| | Certified Fee | 2.40 |
| | Return Receipt Fee | 1.85 |
| | Restricted Delivery | |
| | Total Postage & Fees | 5.36 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK: NATIONAL CAPITAL STATION, DEC 28 2006, WASHINGTON, DC 20013

**2. Article Number:** 7160 3901 9848 6004 5030

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)
B. Date of Delivery
C. Signature: X _____ JAN 03 2007
☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

**3. Service Type:** CERTIFIED MAIL
**4. Restricted Delivery?** (Extra Fee) ☐ Yes

**1. Article Addressed to:**

Alberto R. Gonzales, Attorney General
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., N.W., Rm. B-103
Washington, D.C. 20530-0001

PS Form 3811, July 2001      Domestic Return Receipt