AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

The Colorado River Indian Tribes

**SUMMONS IN A CIVIL CASE**

V.

Dirk Kempthorne, Secretary of the Interior, And
Henry M. Paulson, Jr., Secretary of the Treasury

CASE NUMBER:    1:06cv02212JR

TO: (Name and address of Defendant)

United States Attorney's Office
Attn: Civil Process Clerk
501 3rd Street, N.W., Suite 4500
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven D. Gordon
Holland & Knight LLP
2099 Pennsylvania Ave., N.W., Suite 100
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                                    DEC 28 2006

CLERK  /s/ Laura Chipley                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 12/28/06 |
| NAME OF SERVER *(PRINT)* Steven D. Gordon | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify):  US Postal Service (via certified mail) (see attachment)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES see attachment | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/19/07
                Date                        *Signature of Server*

Holland & Knight LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C.  20006
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

```
7160 3901 9848 6004 5108
```

**TO:**

United States Attorney's Office
Attn: Civil Process Clerk
501 3rd Street, N.W., Suite 4500
Washington, D.C. 20530

**SENDER:** Steve Gordon

**REFERENCE:**

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | 1.11 |
|---|---|---|
| | Certified Fee | 2.40 |
| | Return Receipt Fee | 1.85 |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE



National Capital Station, Washington, DC 20013 — DEC 28 2006

USPS - Track & Confirm — Case 1:06-cv-02212-JR  Document 4-2  Filed 01/19/2007  Page 2 of 2  Page 1 of 1



**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7160 3901 9848 6004 5108**
Status: **Delivered**

Your item was delivered at 4:52 AM on January 3, 2007 in WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---



POSTAL INSPECTORS        site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust                Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                                                1/19/2007