IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| COLORADO RIVER INDIAN TRIBES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-cv-002212-JR |
| | ) | |
| DIRK KEMPTHORNE, | ) | |
| Secretary of the Interior, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO FILE ANSWER OR
OTHERWISE RESPOND TO COMPLAINT,
AND [PROPOSED] ORDER**

Pursuant to the Federal Rules of Civil Procedure (Fed. R. Civ. P.) and the local civil court rules, Defendants respectfully make this unopposed motion for enlargement of time, to and including May 4, 2007, within which to file their Answer or otherwise respond to the Complaint herein. The grounds for this motion are as follows:

1. Plaintiff filed this case on December 27, 2006. See Complaint, Doc. 1. Also on that day, Plaintiff filed a companion case in the United States Court of Federal Claims, Colorado River Indian Tribes v. United States, No. 06-cv-00901-LAS (D.D.C.). Plaintiff's allegations in both cases relate to the trust accounting and trust management duties and responsibilities allegedly owed by Defendants to Plaintiff.

2. Currently, Defendants are obligated to file their Answer or otherwise respond to the Complaint in this case by March 5, 2007.

3. Since the filing of Plaintiff's lawsuits, counsel for the parties have conferred by telephone several times and met in person once. Among other things, they have discussed exploring

the possibility of resolving Plaintiff's issues and claims, not only in this case but also in the companion case, Colorado River Indian Tribes, No. 06-cv-00901-LAS, through settlement discussions. Further, they have discussed the possibility of the parties conducting informal requests and productions of relevant or potentially relevant documents and data that would enable or facilitate settlement discussions. Additionally, they have discussed the possibility of a temporary stay of litigation or extensions of time for Defendants to file their Answer or otherwise respond to the Complaint, so as to enable or facilitate settlement discussions.

4.      Also, Defendants' counsel have informed Plaintiff's counsel that there are presently about 103 Tribal trust accounting and trust mismanagement lawsuits pending against Defendants in this Court,[1] in the United States District Courts in Oklahoma,[2] and in the United States Court of Federal Claims.[3] See Exhibit (Exh.) 1. Given the number of cases, especially those in this Court, Defendants are of the view that it would be in the best interests of the Tribes in litigation and Defendants to work together and, if possible, formulate and execute an appropriate joint and cooperative response to or method for handling or resolving the cases without the need for litigation, if possible. To that end, Defendants' counsel has been and continues to be working diligently with attorneys from the Solicitor's Office for the United States Department of the Interior and from the

---

[1] There are currently 37 Tribal trust cases, including this case, in this Court. Exhibit (Exh.) 1. Most of the Tribes bringing these lawsuits (like Plaintiff) have also filed companion cases in the Court of Federal Claims. Id.

[2] There are currently nine Tribal trust cases in the United States District Courts in Oklahoma. Exh. 1. Most of the Tribes bringing these lawsuits have also filed companion cases in the Court of Federal Claims. Id.

[3] There are currently 57 Tribal trust cases, including Plaintiff's companion case, in the Court of Federal Claims. Exh. 1.

Chief Counsel's Office for the Financial Management Service of the United States Department of the Treasury (i.e., the federal agencies principally involved in the Tribal trust accounting and trust mismanagement issues and claims raised by the Tribes, including Plaintiff herein) and with counsel for most of the Tribes in the cases, to determine the feasibility of developing a joint cooperative approach for resolving the Tribes' issues and claims as an alternative to litigation.

5.      With respect to this case, as well as Plaintiff's companion case in the CFC, Plaintiff and Defendants have been and continue to be conferring about the possibility of such a cooperative approach for resolving Plaintiff's issues and claims. Defendants believe that the parties will require additional time to complete their discussions, determine whether and how to develop a process for obtaining relevant or potentially relevant documents so as to advance the case and for exploring potential settlement of some or all of Plaintiff's issues and claims, and implement that process. Further, Defendants believe that, on or before May 4, 2007, they may be able to determine whether and how to proceed with Plaintiff's issues and claims in this case, as well as Plaintiff's CFC companion case, and to so inform the Court.

6.      Among other things, Defendants have been and continue to be working diligently on preparing responses to not only the allegations in the Complaints in this case and in Plaintiff's CFC companion case but also Plaintiff's informal document and data request in this case and in Plaintiff's companion case. Defendants need additional time in order to complete their work, however. Specifically, as to their Answer or response to the Complaint, Defendants need further time to finish drafting the pleading, submit the document for review and comment by the appropriate officials and personnel at the Departments of Justice, the Interior, and the Treasury, incorporate or address any comments, and finalize and file the document.

7.  Based on the foregoing, Defendants respectfully request that the Court grant their unopposed motion to enlarge the current deadline for filing their Answer or otherwise responding to the Complaint, from March 5, 2007, to May 4, 2007.

8.  Undersigned Defendants' counsel conferred with Plaintiff's counsel, Stephen J. McHugh, on February 20-22, 2007, about this motion, and Mr. McHugh authorized undersigned counsel to state that Plaintiff does not oppose the granting of the motion.

9.  The granting of this unopposed motion would serve the public interest by promoting judicial economy and conserving the parties' limited resources. Further, it would not cause any undue prejudice or harm to the rights and interests of the parties herein.

WHEREFORE, Defendants request that their unopposed motion be GRANTED.

Respectfully submitted this 1st day of March, 2007,

MATTHEW McKEOWN
Acting Assistant Attorney General

*/s/ Anthony P. Hoang*
ANTHONY P. HOANG, FL Bar #798193
MARTIN J. LALONDE, IL Bar #6218249
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0247
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:

KENNETH DALTON
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240

                                        TERESA E. DAWSON  
                                        United States Department of the Treasury  
                                        Financial Management Service  
                                        Office of the Chief Counsel  
                                        Washington, D.C.  20227

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT and [PROPOSED] ORDER was served on March 1, 2007, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and telefax or electronic mail, unless otherwise noted below, on the following counsel:

Steven D. Gordon
HOLLAND & KNIGHT, LLP
2099 Pennsylvania Avenue, N.W. Suite 100
Washington, D.C. 20006-6801
Fax: (202) 955-5564

*/s/ Anthony P. Hoang*
ANTHONY P. HOANG

IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO RIVER INDIAN TRIBES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-cv-002212-JR |
| ) | |
| DIRK KEMPTHORNE, ) | |
| Secretary of the Interior, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**[PROPOSED] ORDER**

This matter is before the Court on Defendants' unopposed motion for extension of time within which to file their Answer or otherwise respond to the Complaint. Upon consideration of the unopposed motion and for good cause shown, it is hereby ORDERED that

1. Defendants' unopposed motion should be and hereby is GRANTED; and

2. Defendants shall have to and including May 4, 2007, to file their Answer or otherwise respond to the Complaint.

SO ORDERED.

_____          _____
DATE                                   HON. JAMES ROBERTSON
                                       United States District Court

# EXHIBIT 1

# CURRENT TRIBAL TRUST ACCOUNTING AND TRUST MISMANAGEMENT CASES

## I.

| No. | Names and Civil Docket Numbers of Cases Filed in United States District Court for District of Columbia |
|---|---|
| 1 | *Ak-Chin Indian Community v. Kempthorne*<br>No. 06-cv-02245-JR |
| 2 | *Assiniboine and Sioux Tribes of the Fort Peck Indian Reservation v. Kempthorne*<br>No. 02-cv-00035-JR |
| 3 | *Cheyenne River Sioux Tribe v. Kempthorne*<br>No. 06-cv-01897-JR |
| 4 | *Chippewa Cree Tribe of the Rocky Boy's Reservation v. Kempthorne*<br>No. 02-cv-00276-JR |
| 5 | *Coeur d'Alene Tribe v. Kempthorne*<br>No. 06-cv-02242-JR |
| 6 | *Colorado River Indian Tribes v. Kempthorne*<br>No. 06-cv-02212-JR |
| 7 | *Confederated Tribes of the Colville Reservation v. Kempthorne*<br>No. 05-cv-02471-JR |
| 8 | *Confederated Tribes of the Goshute Reservation v. Kempthorne*<br>No. 06-cv-01902-JR |
| 9 | *Crow Creek Sioux Tribe v. Kempthorne*<br>No. 04-cv-00900-JR |
| 10 | *Eastern Shawnee Tribe of Oklahoma v. Kempthorne*<br>No. 06-cv-02162-JR |
| 11 | *Gila River Indian Community v. Kempthorne*<br>No. 06-cv-02249-JR |
| 12 | *Haudenosaunee, Onondaga Nation v. Kempthorne*<br>No. 06-cv-02254-JR |
| 13 | *Iowa Tribe of Kansas and Nebraska v. Kempthorne*<br>No. 06-cv-01899-JR |

| No. | Names and Civil Docket Numbers of Cases Filed in United States District Court for District of Columbia |
|---|---|
| 14 | *Lower Brule Sioux Tribe v. Kempthorne*<br>No. 05-cv-02495-JR |
| 15 | *Muskogee (Creek) Nation of Oklahoma v. Kempthorne*<br>No. 06-cv-02161-JR |
| 16 | *Nez Perce Tribe, Mescalero Apache Tribe, Tule River Indian Tribe, Hualapai Tribe, Yakama Nation, Klamath Tribes, Yurok Tribes, Cheyenne-Arapaho Tribe, Pawnee Nation of Oklahoma, Sac and Fox Nation, and Santee Sioux Tribe of Nebraska v. Kempthorne*<br>No. 06-cv-02239-JR |
| 17 | *Northern Cheyenne Tribe of Indians v. Kempthorne*<br>No. 06-cv-02250-JR |
| 18 | *Northwestern Band of Shoshone Indians v. Kempthorne*<br>No. 06-cv-02163-JR |
| 19 | *Oglala Sioux Tribe v. Kempthorne*<br>No. 04-cv-01126-JR |
| 20 | *Omaha Tribe of Nebraska v. Kempthorne*<br>No. 04-cv-00901-JR |
| 21 | *Osage Tribe of Indians of Oklahoma v. United States*<br>No. 04-cv-00283-JR |
| 22 | *Passamaquoddy Tribe of Maine v. Kempthorne*<br>No. 06-cv-02240-JR |
| 23 | *Pechanga Band of Luiseno Mission Indians v. Kempthorne*<br>No. 06-cv-02206-JR |
| 24 | *Prairie Band of Potawatomi Nation v. Kempthorne*<br>No. 05-cv-02496-JR |
| 25 | *Red Cliff Band of Lake Superior Indians v. Kempthorne*<br>No. 06-cv-02164-JR |
| 26 | *Rosebud Sioux Tribe v. Kempthorne*<br>No. 05-cv-02492-JR |

| No. | Names and Civil Docket Numbers of Cases Filed in United States District Court for District of Columbia |
|---|---|
| 27 | *Salt River Pima-Maricopa Indian Community v. Kempthorne*<br>No. 06-cv-02241-JR |
| 28 | *Shoshone-Bannock Tribes of the Fort Hall Reservation v. Kempthorne*<br>No. 02-cv-00254-JR |
| 29 | *Sokaogon Chippewa Community v. Kempthorne*<br>No. 06-cv-02247-JR |
| 30 | *Standing Rock Sioux Tribe v. Kempthorne*<br>No. 02-cv-00040-JR |
| 31 | *Stillaguamish Tribe of Indians v. Kempthorne*<br>No. 06-cv-01898-JR |
| 32 | *Te-Moak Tribe of Western Shoshone Indians v. Kempthorne*<br>No. 05-cv-02500-JR |
| 33 | *Three Affiliated Tribes of the Fort Berthold Reservation v. Kempthorne*<br>No. 02-cv-00253-JR |
| 34 | *Tohono O'Odham Nation v. Kempthorne*<br>No. 06-cv-02236-JR |
| 35 | *Winnebago Tribe of Nebraska v. Kempthorne*<br>No. 05-cv-02493-JR |
| 36 | *Wyandot Nation of Kansas v. Kempthorne*<br>No. 05-cv-02491-JR |
| 37 | *Yankton Sioux Tribe v. Kempthorne*<br>No. 03-cv-01603-JR |

II.

| No. | Names and Civil Docket Numbers of Cases Filed In United States District Courts in Oklahoma |
|---|---|
| 1 | *Alabama-Quassarte Tribal Town v. Kempthorne* <br> No. 06-cv-00558-RAW (E.D. Okla.) |
| 2 | *Chickasaw Nation and Choctaw Nation v. Department of the Interior* <br> No. 05-cv-01524-W (W.D. Okla.) |
| 3 | *Kaw Nation v. Kempthorne* <br> No. 06-cv-01437-W (W.D. Okla.) |
| 4 | *Miami Tribe of Oklahoma v. Kempthorne* <br> No. 06-cv-00698-JHP-SAJ (N.D. Okla.) |
| 5 | *Otoe-Missouria Tribe of Oklahoma v. Kempthorne* <br> No. 06-cv-01436-C (W.D. Okla.) |
| 6 | *Ponca Tribe of Indians of Oklahoma v. Kempthorne* <br> No. 06-cv-01439-C (W.D. Okla.) |
| 7 | *Seminole Nation of Oklahoma v. Kempthorne* <br> No. 06-cv-00556-SPS (E.D. Okla.) |
| 8 | *Tonkawa Tribe of Indians v. Kempthorne* <br> No. 06-cv-01435-F (W.D. Okla.) |
| 9 | *United Keetoowah Band of Cherokee Indians in Oklahoma v. United States* <br> No. 06-cv-00559-RAW (E.D. Okla.) |

III.

| No. | Names and Docket Numbers of Cases Filed<br>In United States Court of Federal Claims |
|---|---|
| 1 | *Ak-Chin Indian Community v. United States*<br>No. 06-cv-00932-ECH |
| 2 | *Blackfeet Tribe of the Blackfeet Indian Reservation v. United States*<br>No. 02-cv-00127-LSM |
| 3 | *Cheyenne River Sioux Tribe v. United States*<br>No. 06-cv-00915-NBF (ADR Judge Marian B. Horn) |
| 4 | *Chippewa Cree Tribe of the Rocky Boy's Reservation; Little Shell Tribe of Chippewa Indians; Turtle Mountain Band of Chippewa Indians; White Earth Band of Chippewa Indians v. United States (Pembina Judgment Fund)*<br>No. 92-cv-00675-ECH |
| 5 | *Coeur d'Alene Tribe v. United States*<br>No. 06-cv-00940-EJD |
| 6 | *Colorado River Indian Tribes v. United States*<br>No. 06-cv-00901-LAS |
| 7 | *Confederated Tribes of the Goshute Reservation v. United States*<br>No. 06-cv-00912-EGB |
| 8 | *Confederated Tribes of the Warm Springs Reservation of Oregon v. United States*<br>No. 02-cv-00126-SGB |
| 9 | *Crow Creek Sioux Tribe v. United States*<br>No. 05-cv-1383L-MCW |
| 10 | *Delaware Tribe of Indians and the Delaware Trust Board v. United States*<br>No. 02-cv-00026-FMA |
| 11 | *Eastern Shawnee Tribe of Oklahoma v. United States*<br>No. 06-cv-00917-CFL |
| 12 | *[Eastern] Shoshone Indian Tribe of the Wind River Reservation, Wyoming v. United States / [Northern] Arapahoe Indian Tribe of the Wind River Reservation, Wyoming v. United States*<br>No. 79-cv-00458-ECH |

| No. | Names and Docket Numbers of Cases Filed<br>In United States Court of Federal Claims |
|---|---|
| 13 | *Eastern Shoshone Tribe v. United States, Northern Arapaho Tribe v. United States*<br>No. 06-cv-00903-ECH |
| 14 | *Gros Ventre Tribe and Assiniboine Tribe v. United States*<br>No. 06-cv-00931-NBF |
| 15 | *Haudenosaunee v. United States*<br>No. 06-cv-00909-TCW |
| 16 | *Hoopa Valley Tribe v. United States*<br>No. 06-cv-00908-LMB (ADR Judge Marian B. Horn) |
| 17 | *Hopi Tribe v. United States*<br>No. 06-cv-00941-CFL |
| 18 | *Iowa Tribe of Kansas and Nebraska v. United States*<br>No. 06-cv-00920-EJD |
| 19 | *Jicarilla Apache Nation v. United States*<br>No. 02-cv-00025-FMA (ADR Judge Eric G. Bruggink) |
| 20 | *Kaw Nation of Oklahoma v. United States*<br>No. 06-cv-00934-FMA |
| 21 | *Lower Brule Sioux Tribe v. United States*<br>No. 06-cv-00922-LB |
| 22 | *Makah Indian Tribe of the Makah Indian Reservation v. United States*<br>No. 06-cv-00889-LJB (ADR Judge Marian B. Horn) |
| 23 | *Miami Tribe of Oklahoma v. United States*<br>No. 06-cv-00939-ECH |
| 24 | *Muscogee (Creek) Nation of Oklahoma v. United States*<br>No. 06-cv-00918-JFM |
| 25 | *Navajo Nation v. United States*<br>No. 06-cv-00945-FMA |
| 26 | *Nez Perce Tribe v. United States*<br>No. 06-cv-00910-CFL |

| No. | Names and Docket Numbers of Cases Filed In United States Court of Federal Claims |
|---|---|
| 27 | *Northwestern Band of Shoshone Indians v. United States* <br> No. 06-cv-00914-LB |
| 28 | *Oglala Sioux Tribe v. United States* <br> No. 05-cv-1378L-RHH |
| 29 | *Omaha Tribe of Nebraska v. United States* <br> No. 06-cv-00911-NBF |
| 30 | *Osage Nation of Oklahoma v. United States* <br> No. 99-cv-00550-ECH (consolidates 00-169) |
| 31 | *Otoe-Missouria Tribe of Indians of Oklahoma v. United States* <br> No. 06-cv-00937-LAS |
| 32 | *Paiute-Shoshone Indians of the Bishop Community of the Bishop Colony, California, v. United States* <br> No. 06-cv-00897-MCW |
| 33 | *Passamaquoddy Tribe v. United States* <br> No. 06-cv-00942-LJB (ADR Judge Marian B. Horn) |
| 34 | *Pawnee Nation of Oklahoma v. United States* <br> No. 07-cv-00002-SGB |
| 35 | *Prairie Band of Potawatomi Indians v. United States* <br> No. 06-cv-00921-LJB (ADR Judge Marian B. Horn) |
| 36 | *Pueblo of Laguna v. United States* <br> No. 02-cv-00024-FMA (ADR Judge Eric G. Bruggink) |
| 37 | *Pueblo of Santa Ana v. United States* <br> No. 06-cv-00892-LAS |
| 38 | *Quechan Tribe of the Fort Yuma Indian Reservation v. United States* <br> No. 06-cv-00888-SGB |
| 39 | *Red Cliff Band of Lake Superior Chippewa Indians v. United States* <br> No. 06-cv-00923-JPW |
| 40 | *Rosebud Sioux Tribe v. United States* <br> No. 06-cv-00924-JFM |

| No. | Names and Docket Numbers of Cases Filed In United States Court of Federal Claims |
|---|---|
| 41 | *Round Valley Indian Tribes v. United States*<br>No. 06-cv-00900-SGB |
| 42 | *Salt River-Pima-Maricopa Tribes v. United States*<br>No. 06-cv-00943-LMB (ADR Judge Marian B. Horn) |
| 43 | *San Manuel Band of Serrano Missions Indians v. United States*<br>No. 06-cv-00893-CCM |
| 44 | *Seminole Nation of Oklahoma v. United States*<br>No. 06-cv-00935-GWM |
| 45 | *Soboba Band of Luiseno Indians v. United States*<br>No. 06-cv-00894-NBF |
| 46 | *Sokaogon Chippewa Community (aka Mole Lake Band of Lake Superior Chippewa Indians) v. United States*<br>No. 06-cv-00930-LJB (ADR Judge Marian B. Horn) |
| 47 | *Stillaguamish Tribe of Indians v. United States*<br>No. 06-cv-00916-NBF (ADR Judge Marian B. Horn) |
| 48 | *Swinomish Indian Tribal Community v. United States*<br>No. 06-cv-00899-FMA |
| 49 | *Three Affiliated Tribes of the Fort Berthold Indian Reservation v. United States*<br>No. 06-cv-00904-LJB (ADR Judge Marian B. Horn) |
| 50 | *Tohono O'odham Nation v. United States*<br>No. 06-cv-00944-EGB |
| 51 | *Tonkawa Tribe of Indians of Oklahoma v. United States*<br>No. 06-cv-00938-BAF (ADR Judge Marian B. Horn) |
| 52 | *United Keetoowah Band of Cherokee Indians in Oklahoma v. United States*<br>No. 06-cv-00936-TCW |
| 53 | *Ute Indian Tribe of the Uintah and Ouray Reservation v. United States*<br>No. 06-cv-00866-MCW |
| 54 | *Winnebago Tribe of Nebraska v. United States*<br>No. 06-cv-00913-MMS |

| No. | Names and Docket Numbers of Cases Filed In United States Court of Federal Claims |
|---|---|
| 55 | *Wyandot Nation of Kansas v. United States* <br> No. 06-cv-00919-LMB (ADR Judge Marian B. Horn) |
| 56 | *Yankton Sioux Tribe v. United States* <br> No. 05-cv-1291-LB |
| 57 | *Yomba Shoshone Tribe v. United States* <br> No. 06-cv-00896-EJD |