IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO RIVER INDIAN TRIBES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, ) <br> Secretary of the Interior, et al., ) <br> ) <br> Defendants. ) <br> _____) | Case No. 06cv02212-JR |

**DEFENDANTS' SECOND UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME WITHIN WHICH TO FILE ANSWER OR
OTHERWISE RESPOND TO COMPLAINT,
AND [PROPOSED] ORDER**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (Fed. R. Civ. P.) and Local Civil Rule (LCvR) 7, Defendants respectfully make this second unopposed motion for enlargement of time, to and including September 4, 2007, within which to file their Answer or otherwise respond to the Complaint herein. The grounds for this unopposed motion are as follows:

1. Plaintiff filed this case on December 27, 2006. See Complaint, Doc. 1. Also on that day, Plaintiff filed a companion case in the United States Court of Federal Claims (CFC), Colorado River Indian Tribes v. United States, No. 06-cv-00901-LAS (D.D.C.). Plaintiff's allegations in both cases relate to the trust accounting and trust management duties and responsibilities allegedly owed by Defendants to Plaintiff.

2. Under the Court's minute order dated March 15, 2007, Defendants are obligated to file their Answer or otherwise respond to the Complaint in this case by May 4, 2007.

3. Since the filing of Plaintiff's lawsuits, counsel for the parties have been and continue to be conferring about the possibility of resolving Plaintiff's issues and claims in this case and in the

companion case in the CFC, <u>Colorado River Indian Tribes</u>, No. 06-cv-00901-LAS, through settlement discussions. Further, they have been and continue to be talking about either a temporary stay of litigation or an extension of the litigation deadlines in both cases, so that they can undertake settlement discussions. Also, counsel for the parties have been and continue to be working together to address informational and documentary needs, so as to enable or facilitate settlement discussions. Thus far, it appears that the parties are making progress in their discussions.

4.    Specifically, Plaintiff has provided informal requests for certain documents and data to Defendants. Defendants are compiling and imaging and/or coding certain materials that are responsive to Plaintiff's requests for production. Additionally, Defendants are identifying other responsive documents and data; undertaking (or have undertaken) any necessary pre-inspection document privilege reviews; and preparing to make such documents and data available for Plaintiff's inspection. Further, Plaintiff and Defendants are negotiating the terms and conditions of a proposed joint stipulation and order to protect the confidentiality of certain documents and data to be produced by Defendants to Plaintiff. Also, Defendants are proposing that the parties discuss terms and conditions for a joint stipulation and order to protect the confidentiality of any settlement discussions.

5.    It appears from the foregoing that the parties are working toward a cooperative approach for providing relevant or potentially relevant documents and data relating to and possibly resolving Plaintiff's issues and claims. The parties require additional time to complete their current discussions and processes, especially those relating to the proposed joint stipulation and order protecting document and data confidentiality and to the production of records and information requested by Plaintiff thus far. Based on what the parties have done so far, Defendants believe that

the parties will be able to build upon the results of their discussions and processes and advance the development and implementation of the contemplated cooperative approach for resolving this case and the companion case in the CFC. To the extent that such a resolution is possible, it would obviate the need for the parties to litigate, and for this Court and the CFC to adjudicate, the merits of the respective cases.

6. Based on the foregoing, Defendants respectfully request that the Court grant their unopposed motion to enlarge the current deadline for filing their Answer or otherwise responding to the Complaint, from May 4, 2007, to September 4, 2007.

7. Undersigned Defendants' counsel conferred with Plaintiff's counsel, Stephen J. McHugh, on April 29-May 2, 2007, about this motion. Mr. McHugh authorized undersigned counsel in writing on May 2, 2007, to state that Plaintiff does not oppose the granting of the motion.

8. The granting of this unopposed motion would serve the public interest by promoting judicial economy and conserving the parties' limited resources. Further, it would not cause any undue prejudice or harm to the rights and interests of the parties herein.

WHEREFORE, Defendants request that their unopposed motion be GRANTED.

Respectfully submitted this 3rd day of May, 2007,

        MATTHEW J. McKEOWN
        Acting Assistant Attorney General

        */s/ Anthony P. Hoang*
        ANTHONY P. HOANG, FL Bar #798193
        MARTIN J. LALONDE, IL Bar #6218249
        JENNIFER L. ALLAIRE, NJ Bar #4419-2002
        United States Department of Justice
        Environment and Natural Resources Division
        P.O. Box 663
        Washington, D.C. 20044-0663
        Tel: (202) 305-0241

Tel: (202) 305-0247
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:

KENNETH DALTON
United States Department of the Interior
Office of the Solicitor
Washington, D.C.  20240

RACHEL M. HOWARD
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C.  20227

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing DEFENDANTS' SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT and [PROPOSED] ORDER was served on May 3, 2007, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and telefax or electronic mail, unless otherwise noted below, on the following counsel:

Steven D. Gordon
HOLLAND & KNIGHT, LLP
2099 Pennsylvania Avenue, N.W. Suite 100
Washington, D.C. 20006-6801
Fax: (202) 955-5564

　　　　　　　　　　　　　　　　　　　　/s/ Anthony P. Hoang
　　　　　　　　　　　　　　　　　　　　ANTHONY P. HOANG

IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO RIVER INDIAN TRIBES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06cv02212-JR |
| ) | |
| DIRK KEMPTHORNE, ) | |
| Secretary of the Interior, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### [PROPOSED] ORDER

This matter is before the Court on Defendants' second unopposed motion for extension of time within which to file their Answer or otherwise respond to the Complaint. Upon consideration of the unopposed motion and for good cause shown, it is hereby ORDERED that

1. Defendants' unopposed motion should be and hereby is GRANTED; and

2. Defendants shall have to and including September 4, 2007, to file their Answer or otherwise respond to the Complaint.

SO ORDERED.

_____          _____
DATE                                    HON. JAMES ROBERTSON
                                        United States District Court