IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO RIVER INDIAN TRIBES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, )<br>Secretary of the Interior, <u>et</u> <u>al.</u>, )<br>)<br>Defendants. )<br>_____) | Case No. 06-cv-02212-JR |

## **NOTICE OF APPEARANCE**

To the Clerk:

In addition to the appearance of Anthony P. Hoang, please enter the appearance of Jennifer L. Allaire as counsel for Defendants in this case.

Service of all papers on Ms. Allaire by regular United States mail should be made to the following mailing address:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

Additionally, all hand or overnight-mail deliveries to Ms. Allaire should be made to the following street address:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, N.W., Room 3146
Washington, D.C. 20004

Respectfully submitted this 30th day of July, 2007,

RONALD J. TENPAS

Acting Assistant Attorney General

*/s/ Jennifer L. Allaire*
JENNIFER L. ALLAIRE, NJ Bar #4419-2002
ANTHONY P. HOANG, FL Bar #798193
MARTIN J. LALONDE, IL Bar #6218249
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0247
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:

KENNETH DALTON
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240

RACHEL M. HOWARD
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20227

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 30, 2007, I electronically transmitted the foregoing NOTICE OF APPEARANCE to the Clerk of the Court, using the ECF system for filing and transmittal of a Notice of Electronic Filing to the attorneys listed on the ECF system for this case.

>  */s/ Jennifer L. Allaire*
>  JENNIFER L. ALLAIRE