**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| COLORADO RIVER INDIAN TRIBES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 06-cv-02212-JR |
| | ) | |
| DIRK KEMPTHORNE, Secretary of the Interior, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**NOTICE OF APPEARANCE**

**PLEASE NOTE** that, pursuant to Local Civil Rule 83.6(a) of the Rules of the United States District Court for the District of Columbia, Mark S. Barron has entered an appearance as co-counsel for the Defendants in this matter. Mr. Barron substitutes for Martin J. Lalonde and Jennifer Allaire in this matter. Service of all papers should be made to Mr. Barron at the following address:

<u>U.S. Mail</u>:

    Mark S. Barron
    United States Department of Justice
    Environment & Natural Resources Division
    Natural Resources Section
    Ben Franklin Station, P.O. Box 663
    Washington, D.C. 20044-0663

<u>Street Address for FED-EX and Courier</u>:

    Mark S. Barron
    United States Department of Justice
    Environment & Natural Resources Division
    Natural Resources Section
    601 D Street NW, Suite 3127
    Washington, D.C. 20004

<u>Telephone</u>: (202) 305-0490
<u>Facsimile</u>: (202) 305-0506
<u>Email</u>: mark.barron@usdoj.gov

Respectfully submitted this 31st day of December, 2007,

        RONALD J. TENPAS
        Assistant Attorney General
        United States Department of Justice
        Environment & Natural Resources Division

By:   /s/ *Mark S. Barron*
        MARK S. BARRON
        United States Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        Ben Franklin Station, P.O. Box 663
        Washington, D.C. 20044-0663
        Tel. (202) 305-0490 / Fax (202) 305-0506
        mark.barron@usdoj.gov

        ANTHONY P. HOANG
        United States Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        Ben Franklin Station, P.O. Box 663
        Washington, D.C. 20044-0663
        Tel: (202) 305-0241 / Fax: (202) 353-2021
        anthony.hoang@usdoj.gov

        MATTHEW M. MARINELLI
        United States Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        Ben Franklin Station, P.O. Box 663
        Washington, D.C. 20044-0663
        Tel: (202) 305-0293 / Fax: (202) 353-0506
        matthew.marinelli@usdoj.gov

        *Attorneys for the United States*