IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO RIVER INDIAN TRIBES, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, )<br>Secretary of the Interior, <u>et</u> <u>al.</u>, )<br>)<br>    Defendants. )<br>_____) | Case No. 06-cv-02212-JR |

## NOTICE OF APPEARANCE OF COUNSEL

To the Clerk:

Please enter the appearance of Matthew M. Marinelli as counsel of record for Defendants in this case. Anthony P. Hoang and Mark S. Barron will continue to serve as counsel of record for Defendants.

Service of all papers on Mr. Marinelli by regular United States mail should be made to the following mailing address:

    United States Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    P.O. Box 663
    Washington, D.C. 20044-0663

All hand or overnight-mail deliveries to Mr. Marinelli should be made to the following street address:

    United States Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    601 D Street, N.W., Room 3206
    Washington, D.C. 20004

Respectfully submitted this 31st day of December, 2007,

RONALD J. TENPAS
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Matthew M. Marinelli*
MATTHEW M. MARINELLI, IL Bar # 6277967
Matthew.Marinelli@usdoj.gov
ANTHONY P. HOANG, FL Bar #798193
MARK S. BARRON, NM Bar # 24045
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0293
Tel: (202) 305-0241
Tel: (202) 305-0490
Fax: (202) 353-2021

Attorneys for Defendants

OF COUNSEL:

KENNETH DALTON
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 31, 2007, I electronically transmitted the foregoing NOTICE OF APPEARANCE OF COUNSEL to the Clerk of the Court, using the ECF system for filing, and caused the ECF system to transmit a Notice of Electronic Filing to the counsel of record listed on the ECF system for this case.

*/s/  Matthew M. Marinelli*
**MATTHEW M. MARINELLI**
