IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE COLORADO RIVER INDIAN TRIBES,<br><br>Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE,<br>Secretary of the Interior, et al.<br><br>Defendants. | Case No. 1:06cv02212-JR |

**PLAINTIFF'S STATUS REPORT**

The Court has on its docket 37 suits filed by Indian tribes, including this one, which raise accounting and/or mismanagement claims regarding assets and funds held in trust by the United States ("Tribal Trust Cases"). Pursuant to Fed.R.Civ.P. 42(a), the Court consolidated these cases for the limited purpose of resolving a remand motion filed by the Government. On December 19, 2007, the Court denied the Government's remand motion and directed each plaintiff tribe, group of tribes, or putative class of tribes to submit a status report "setting forth proposals for further proceedings and a proposed schedule."

In this case, plaintiff Colorado River Indian Tribes ("CRIT") seeks declaratory and injunctive relief requiring the United States to provide it with an accounting. CRIT does not seek any damages or monetary relief in this Court. CRIT has filed a damages action for breach of trust in the Court of Federal Claims ("CFC"), which is pending there: Colorado River Indian Tribes v. United States, No. 06-901L (Senior Judge Loren A. Smith).

1

The Court may wish to consolidate some or all of the Tribal Trust Cases for additional purposes as they proceed. CRIT is not in a position to comment on, or offer proposals about, consolidation at this time.

The Government has not yet filed an answer in this case. To date, the parties' focus has been on discovery issues relating to the CFC case. On or about October 15, 2007, the parties entered into and sought the Court's approval of a Joint Stipulation and submitted a Proposed Order Regarding Confidentiality of Certain Documents, Data, and Other Materials to be Provided by Defendants to Plaintiff. (A comparable stipulation and order were submitted to, and approved by the CFC). This proposed Order is still awaiting the Court's consideration and approval.

CRIT would like to know the Government's position regarding discovery in these Tribal Trust Cases and whether the Government intends to file an Administrative Record(s) with respect to these cases. CRIT presently doubts that discovery will be necessary in this case to resolve threshold issues of duty and breach. It may be appropriate to resolve those threshold issues through motions for partial summary judgment. CRIT further anticipates that consolidation of some or all of the Tribal Trust Cases may be appropriate in adjudicating such issues.

CRIT intends to monitor developments in the other Tribal Trust Cases. For the time being, and pending the development of positions by other tribal plaintiffs on the foregoing issues, CRIT proposes that further proceedings in this case be stayed until further order of the Court, at which point the Defendant's answer to the complaint will be due in thirty (30) days.

                Respectfully submitted,

                HOLLAND & KNIGHT LLP

By:  /s/ Steven D. Gordon
      Steven D. Gordon
      District of Columbia Bar No. 219287
      Lynn E. Calkins
      District of Columbia Bar No. 445854
      Stephen J. McHugh
      District of Columbia Bar No. 485148
      Holland & Knight L.L.P.
      2099 Pennsylvania Ave. NW, Suite 100
      Washington, D.C. 20006
      202-955-3000 (phone)
      202-955-5564 (fax)

      *Counsel for Plaintiff Colorado River Indian Tribes*

Eric N. Shepard
Attorney General
Colorado River Indian Tribes
Route 1, Box 23-B
Parker, Arizona 85344

*Of Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on, January 18, 2008, I electronically transmitted the foregoing PLAINTIFF'S STATUS REPORT to the Clerk of the Court, using the ECF systems for filing, and caused the ECF system to transmit a Notice of Electronic Filing to the counsel of record listed on the ECF system for this case.

/s/ Steven D. Gordon
Steven D. Gordon

# 5066097_v1