IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE COLORADO RIVER INDIAN TRIBES ) ) ) Plaintiff, ) ) v. ) ) DIRK KEMPTHORNE, ) Secretary of the Interior, et al. ) ) Defendants. ) ) | Case No. 1:06cv02212-JR |

**JOINT MOTION TO RESCHEDULE HEARING
ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiff, by counsel, respectfully moves the Court to reschedule the hearing on Plaintiff's Motion for Preliminary Injunction, which is presently scheduled for 2:30 p.m. on March 27, 2008, until April 4, 2008 at 2:00 p.m. In support of this motion, Plaintiff submits the following points:

1. On February 20, 2008 Plaintiff filed a Motion for Preliminary Injunction seeking to enjoin the Defendant's use of funds from a specified account in the United States Treasury for the rehabilitation of the spillway gates located on Headgate Rock Dam. (Dkt. 23) ("Plaintiff's Motion for Preliminary Injunction").

2. Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction was filed on March 3, 2008.

3. On March 5, 2007 the Court scheduled a hearing on Plaintiff's motion for March 27, 2008.

4. Undersigned counsel for Plaintiff is already obliged to appear in the U.S. District Court for the Western District of Washington on March 27, 2008, to argue a motion for a preliminary injunction in another case. That hearing was scheduled before the hearing in this matter.

5. Upon learning of the scheduling conflict, counsel for Plaintiff contacted Defendant's counsel by email and telephone and inquired about the possibility of rescheduling the hearing in this matter.

6. Counsel for the Defendant responded that the Defendant would not object to rescheduling the hearing for the week of March 31, 2008.

7. Counsel for Plaintiff and Defendant participated in a conference call with this Court's Courtroom Deputy Clerk, Mr. Al Richburg on March 7, 2008. During this call, Mr. Richburg indicated that the matter could be rescheduled for April 4, 2008 at 2:00 p.m. Both Plaintiff and Defendant agreed to that date and time.

8. Mr. Richburg requested that a motion to reschedule the hearing be submitted to the Court as soon as possible. He also inquired whether the motion would be unopposed or joint. Counsel for the Defendant indicated that the rescheduling motion could be submitted to the Court with the Defendant's consent as a joint motion.

WHEREFORE, it is respectfully submitted that this joint motion to reschedule the hearing should be granted.

Dated: March 10, 2008                               Respectfully submitted,

                                                    HOLLAND & KNIGHT LLP

                                            By:     /s/ Steven D. Gordon
                                                    Steven D. Gordon (D.C. Bar No. 219287)
                                                    Lynn E. Calkins (D.C. Bar No. 445854)
                                                    Stephen J. McHugh (D.C. Bar No. (485148)
                                                    Holland & Knight L.L.P.
                                                    2099 Pennsylvania Ave. NW, Suite 100
                                                    Washington, D.C. 20006
                                                    202-955-3000 (phone)
                                                    202-955-5564 (fax)

                                                    *Counsel for Plaintiff the Colorado River
                                                    Indian Tribes*

*Of Counsel*

Eric N. Shepard
Attorney General
Colorado River Indian Tribes
Route 1, Box 23-B
Parker, Arizona 85344

## CERTIFICATE OF SERVICE

I certify that, on this 10th day of March, 2008 I electronically transmitted the foregoing Joint Motion To Reschedule The Hearing On Plaintiff's Motion For A Preliminary Injunction to the Clerk of the Court, using the ECF systems for filing, and caused the ECF system to transmit a Notice of Electronic Filing to the counsel of record listed on the ECF system for this case.

/s/ Steven D. Gordon
Steven D. Gordon

# 5187156_v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE COLORADO RIVER INDIAN TRIBES <br><br> Plaintiff, <br><br> v. <br><br> DIRK KEMPTHORNE, Secretary of the Interior, et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Case No. 1:06cv02212-JR |

**[PROPOSED] ORDER**

This matter is before the Court on a Joint Motion To Reschedule The Hearing On Plaintiff's Motion For A Preliminary Injunction. Upon consideration of the joint motion and for good cause shown, it is hereby ORDERED that

1. The joint motion should be and hereby is GRANTED; and

2. The hearing on Plaintiff's motion for a Preliminary Injunction is rescheduled and will be held at 2:00 p.m. on April 4, 2008 in Courtroom 23A.

SO ORDERED.

_____ _____
DATE                                     HON. JAMES ROBERTSON
                                         United States District Court

# 5187157_v1