IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE COLORADO RIVER INDIAN TRIBES,<br><br>Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior, et al.<br><br>Defendants. | Case No. 1:06cv02212-JR |

### PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE DATE FOR FILING PLAINTIFF'S REPLY TO THE DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff, by counsel, respectfully moves the Court to extend until March 12, 2008, the date by which it must file a reply to the Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction. (Dkt. 25) ("Defendant's Opposition"). In support of this motion, Plaintiff submits the following points:

1.  Plaintiff filed an Amended Complaint in this proceeding on February 20, 2008 (Dkt. 24) ("First Amended Complaint").

2.  The First Amended Complaint includes claims relating to the Defendant's depletion of a Treasury account established under Federal law to hold funds generated by the power system on the Plaintiff's Reservation.

3.  Simultaneously with the filing of the First Amended Complaint, Plaintiff filed a Motion for Preliminary Injunction seeking to enjoin the Defendant's use of funds in the Treasury account

for the rehabilitation of the spillway gates located on Headgate Rock Dam. (Dkt. 23) ("Plaintiff's Motion for Preliminary Injunction")

4. Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction was filed on March 3, 2008.

5. Under LCrR 47(d), Plaintiff's reply memorandum to Defendant's Opposition is due no later than March 10, 2008.

6. On or about March 6, 2008 counsel for the Plaintiff contacted counsel for the Government to inquire whether the Government would object to this Motion to extend the date for the filing of the Plaintiff's reply to March 12, 2008.

7. Counsel for the Government has confirmed that the Government does not object to Plaintiff's filing a reply on or before March 12, 2008.

8. An extension of time to file Plaintiff's reply will provide Plaintiff's counsel with the opportunity to confer further with their client and to provide a comprehensive reply to the Defendant's Opposition.

Wherefore, it is respectfully submitted that CRIT's motion for an enlargement to file a reply to Defendant's Opposition should be granted.

Dated: March 10, 2008

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: /s/ Steven D. Gordon
Steven D. Gordon (D.C. Bar No. 219287)
Lynn E. Calkins (D.C. Bar No. 445854)
Stephen J. McHugh (D.C. Bar No. (485148)
Holland & Knight L.L.P.
2099 Pennsylvania Ave. NW, Suite 100
Washington, D.C. 20006
202-955-3000 (phone)
202-955-5564 (fax)

*Counsel for Plaintiff the Colorado River Indian Tribes*

*Of Counsel*

Eric N. Shepard
Attorney General
Colorado River Indian Tribes
Route 1, Box 23-B
Parker, Arizona 85344

## CERTIFICATE OF SERVICE

I certify that, on this 10th day of March, 2008 I electronically transmitted the foregoing Unopposed Motion To Extend the Date for Filing Plaintiff's Reply to the Defendant's Opposition To Plaintiff's Motion For Preliminary Injunction to the Clerk of the Court, using the ECF systems for filing, and caused the ECF system to transmit a Notice of Electronic Filing to the counsel of record listed on the ECF system for this case.

/s/Steven D. Gordon
Steven D. Gordon

# 5185700_v2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE COLORADO RIVER INDIAN TRIBES )<br>  )<br>             Plaintiff,         )<br>  )<br>      v.                          )    Case No. 1:06cv02212-JR<br>  )<br>DIRK KEMPTHORNE,                  )<br>Secretary of the Interior, et al. )<br>  )<br>             Defendants.       )<br>_____) | |

### [PROPOSED] ORDER

This matter is before the Court on Plaintiff's unopposed motion for enlargement of time within which to file a reply to Defendant's Opposition to Plaintiff's Motion for a Preliminary Injunction. (Dkt. 25) ("Defendant's Opposition") Upon consideration of the unopposed motion and for good cause shown, it is hereby ORDERED that

1. Plaintiffs' unopposed motion should be and hereby is GRANTED; and

2. Plaintiffs shall have to and including March 12, 2008, to file a reply to Defendant's Opposition.

SO ORDERED.

_____          _____
DATE                            HON. JAMES ROBERTSON
                                United States District Court