**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COLORADO RIVER INDIAN TRIBES,   )<br>                                                             )<br>          Plaintiff,                                  )<br>                                                             )<br>vs.                                                       )<br>                                                             )<br>DIRK KEMPTHORNE, Secretary of    )<br>the Interior, and HENRY M. PAULSON,  )<br>JR., Secretary of the Treasury,              )<br>                                                             )<br>          Defendants.                           )<br>_____) | No. 06-cv-02212-JR |

**DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO
FIRST AMENDED COMPLAINT, AND [PROPOSED] ORDER**

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules, Defendants respectfully make this unopposed motion for enlargement of time, to and including March 14, 2008, within which to file their Answer or otherwise respond to the First Amended Complaint (Docket No. ("Dkt.") 24). By Defendants' calculation, the current filing deadline is most likely March 10, 2008.[1/] This motion is Defendants' third such motion.

The grounds for this unopposed motion are as follows:

1. On December 27, 2006, Plaintiff filed its Complaint in this case. See Dkt. 1. On August 10, 2007, before Defendants had filed an Answer or otherwise responded to the Complaint and pursuant to this Court's directive, Defendants moved to remand this case, as well as the 36 other Tribal trust accounting and trust management cases pending before the Court, to the United States

---

[1/] In the event that the Court determines that the time for Defendants to file their Answer or otherwise respond to the First Amended Complaint does not begin to run until after the Court has lifted the temporary stay of litigation and that the Court has not done so, see Paragraph 3 below, Defendants respectfully request that they be allowed 30 days from the date of the lifting of the stay, to file their Answer or otherwise respond.

Department of the Interior ("Interior"), so that Interior could address Plaintiff's and the other Tribes' requests for trust accountings. See Dkt. 13. On August 23, 2007, the Court stayed all proceedings in the cases, including this one, pending the Court's resolution of Defendants' remand motion. See Dkt. 15.

2. On December 19, 2007, the Court denied the Defendants' motion to remand and ordered the Plaintiffs in the 37 Tribal trust cases, including Plaintiff herein, to file a status report setting forth proposals for further proceedings and a proposed schedule for such proceedings. See Dkt. 19.

3. In accordance with the Court's instructions, Plaintiff filed a status report on January 18, 2008. See Plaintiff's Status Report (Dkt. 22). In its status report, Plaintiff proposed "that further proceedings in this case be stayed until further order of the Court, at which point the Defendant's answer to the complaint will be due in thirty (30) days." See id. at 2. At this time, the Court has not ruled on the proposal in Plaintiff's status report.

4. On February 20, 2008, Plaintiff amended its Complaint to add a claim for violation of the Administrative Procedure Act. See First Amended Complaint (Dkt. 24). At the same time, Plaintiff filed a Motion for Preliminary Injunction requesting that the Court enjoin the Bureau of Indian Affairs from using funds from hydroelectric power revenues to finance the rehabilitation of spillway gates on the Headgate Rock Dam. See Dkt. 23. Defendants filed a Memorandum in Opposition to Plaintiff's Motion on April 3, 2008. See Dkt. 25.

5. Based on the date on which Plaintiff filed the First Amended Complaint (February 20, 2008), Defendants have calculated that the filing deadline for their Answer or response to the First Amended Complaint is likely to be March 10, 2008. At the same time, however, Defendants

are cognizant that the time for filing the Answer or response may not yet have begun to run. Nonetheless, out of an abundance of caution, Defendants have prepared a draft Answer or response and circulated this draft to the appropriate officials and employees of the United States Department of Justice, United States Department of the Interior, and United States Department of the Treasury, for their reviews. Defendants have been and continue to be in the process of receiving, incorporating, and otherwise addressing comments on their draft document, and they need the additional time to complete the review and comment process, finalize the document for final circulation, and file the document with the Court. Counsel for Defendants have been and continue to be fully engaged or otherwise occupied with work on the preliminary injunction motion in this case; unrelated cases; and work-related travel.

6. On March 10, 2008, undersigned Defendants' counsel contacted Plaintiff's counsel, Steve McHugh, about Plaintiff's position regarding this motion. Mr. McHugh stated, over the telephone and in writing, that Plaintiff does not oppose this motion.

7. This unopposed motion is not filed for purposes of delay. The granting of the motion will not cause undue prejudice to the rights and interests of the parties herein.

WHEREFORE, Defendants respectfully request that their motion be GRANTED.

Respectfully submitted this 10th day of March, 2008,

                RONALD J. TENPAS
                Assistant Attorney General
                United States Department of Justice
                Environment & Natural Resources Division

By:   /s/ *Mark S. Barron*
       MARK S. BARRON (NM Bar # 24045)
       mark.barron@usdoj.gov
       MATTHEW M. MARINELLI (IL Bar # 6277967)
       matthew.marinelli@usdoj.gov
       ANTHONY P. HOANG (FL Bar # 0798193)
       anthony.hoang@usdoj.gov
       United States Department of Justice
       Environment & Natural Resources Division
       Natural Resources Section
       Ben Franklin Station, P.O. Box 663
       Washington, D.C. 20044-0663
       Tel. (202) 305-0490
       Tel: (202) 305-0293
       Tel: (202) 305-0241
       Fax: (202) 353-0506

       *Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COLORADO RIVER INDIAN TRIBES,   )<br>                                                          )<br>         Plaintiff,                                   )<br>                                                          )<br>vs.                                                     )<br>                                                          )<br>DIRK KEMPTHORNE, Secretary of     )<br>the Interior, and HENRY M. PAULSON, )<br>JR., Secretary of the Treasury,               )<br>                                                          )<br>         Defendants.                             )<br>_____) | No. 06-cv-02212-JR |

**[PROPOSED] ORDER**

This matter is before the Court on Defendants' unopposed motion for extension of time within which to file their Answer or otherwise respond to the Plaintiff's First Amended Complaint. Upon consideration of the unopposed motion, and for good cause shown, it is hereby ORDERED that:

1.   Defendants' unopposed motion should be and hereby is GRANTED; and

2.   Defendants shall have to and including March 14, 2008, or, if the Court enters a temporary stay of litigation, as Plaintiff proposed in its status report dated January 18, 2008, 30 days from the date of the lifting of that temporary stay, in which to file their Answer or otherwise respond to the First Amended Complaint, whichever is later.

SO ORDERED.

_____                    _____
DATE                                                                              HON. JAMES ROBERTSON
                                                                                        United States District Judge