## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE COLORADO RIVER INDIAN TRIBES | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:06cv02212-JR |
| DIRK KEMPTHORNE, Secretary of the Interior, <u>et al</u>. | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

## JOINT MOTION TO ENLARGE TIME FOR FILING COURT-ORDERED STATUS REPORT TO ALLOW FOR SETTLEMENT DISCUSSIONS

      The Parties, by counsel, jointly move the Court to enlarge the time for filing the status report, ordered by the Court on April 4, 2008, about how the parties wish to proceed with respect to Count III of Plaintiff's First Amended Complaint [Dkt. 24]. The Court directed the parties to file either a joint status report or separate status reports no later than April 14, 2008. The Parties respectfully request that the deadline for submitting this status report be extended by eight days, until April 22, 2008. In support of this motion, the Parties submit the following points:

      1.     On April 4, 2008, the Court denied Plaintiff's motion for a Preliminary Injunction seeking to enjoin the Defendant's use of funds collected pursuant to 25 U.S.C. § 385c for the rehabilitation of the spillway gates located on Headgate Rock Dam. (Dkt. 23)("Plaintiff's Motion for Preliminary Injunction"). The Court directed the Parties to file a status report no later than April 14, 2008 about how they wish to proceed with respect to the litigation of this claim.

2.      After the April 4, 2008 hearing, counsel for Plaintiff contacted Defendant's counsel with a proposal to resolve Count III without any further judicial proceedings.

3.      Defendant responded that it is always willing to consider any settlement proposal Plaintiff may advance.

4.      Counsel for the Parties have engaged in limited discussion on a possible framework that might resolve Plaintiff's Count III claims in their entirety.

5.      Counsel for both Parties need additional time to determine whether further discussions will be productive.

WHEREFORE, it is respectfully requested that this joint motion to enlarge the time for filing the Court-ordered status report be granted.

Respectfully submitted on this 14th day of April, 2008,

RONALD J. TENPAS
Assistant Attorney General

  _/s/ Mark S. Barron_____
MARK S. BARRON, NM Bar #24045
ANTHONY P. HOANG, FL Bar #798193
MATTHEW M. MARINELLI, IL Bar # 6277967
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0663
Tel: (202) 305-0490
Tel: (202) 305-0241
Tel: (202) 305-0479
Fax: (202) 353-2021

*Attorneys for Defendants*

OF COUNSEL:
KEN DALTON
JASON HARTZ
Office of the Solicitor
United States Department of the Interior

Washington, D.C.  20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C.  20227


By:    HOLLAND & KNIGHT LLP

*/s/ Stephen J. McHugh*
*by Mark S. Barron, pursuant to*
*written authorization on April 14, 2008*
Steven D. Gordon (D.C. Bar No. 219287)
Lynn E. Calkins (D.C. Bar No. 445854)
Stephen J. McHugh, (D.C. Bar No. 485148)
Holland & Knight L.L.P.
2099 Pennsylvania Ave. NW, Suite 100
Washington, D.C. 20006
202-955-3000 (phone)
202-955-5564 (fax)

*Counsel for Plaintiff Colorado River Indian Tribes*

OF COUNSEL:
Eric N. Shepard
Attorney General
Colorado River Indian Tribes
Route 1, Box 23-B
Parker, AZ  85344

**CERTIFICATE OF SERVICE**

I certify that, on this 14th day of April, 2008 I electronically transmitted the foregoing Joint Motion To Enlarge Time For Filing Court-Ordered Status Report To Allow For Settlement Discussions to the Clerk of the Court, using the ECF systems for filing, and caused the ECF system to transmit a Notice of Electronic Filing to the counsel of record listed on the ECF system for this case.

_/s/ Mark S. Barron_____ _____

MARK S. BARRON, NM Bar #24045
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0663
Tel: (202) 305-0490
Fax: (202) 353-2021