## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| COLORADO RIVER INDIAN TRIBES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 06-cv-02212-JR |
| | ) | |
| DIRK KEMPTHORNE, Secretary of | ) | |
| the Interior, and HENRY M. PAULSON, | ) | |
| JR., Secretary of the Treasury, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### JOINT MOTION TO STAY PROCEEDINGS RELATED TO CLAIMS I AND II AND JOINT STATUS REPORT PURSUANT TO COURT'S APRIL 4, 2008 ORDER

Plaintiff Colorado River Indian Tribes ("CRIT") and Defendants Dirk Kempthorne and Henry M. Paulson, Jr. respectfully submit this Joint Motion to Stay Proceedings Related to Claims I and II and Joint Status Report pursuant to the order the Court issued on April 4, 2008.  As grounds for the parties' motion, and for proceeding in the manner proposed, the parties submit the following:

1.       On December 27, 2006, Plaintiff filed its Complaint in this case.  See Dkt. 1.  On August 10, 2007, before the Defendants had filed an Answer to Plaintiff's Complaint, and pursuant to this Court's directive, Defendants moved to remand this case, as well as the thirty-six other Tribal trust accounting and trust management cases pending before the Court, to the United States Department of the Interior ("Interior"), so that Interior could address Plaintiff's and the other Tribes' requests for trust accountings.  See Dkt. 13.  On August 23, 2007, the Court stayed all proceedings in these cases pending its resolution of Defendants' Motion to Remand.  See Dkt. 15.

2.       On December 19, 2007, the Court denied the Defendants' motion to remand and ordered the Plaintiffs in each of the pending cases to file a status report setting forth proposals for

further proceedings and a proposed schedule for such proceedings.  See Dkt. 19.

3. In accordance with the Court's instructions, Plaintiff filed a Status Report on January 18, 2008.  See Plaintiff's Status Report (Dkt. 22).  In its Status Report, Plaintiff proposed "that further proceedings in this case be stayed until further order of the Court, at which point the Defendant's answer to the complaint will be due in thirty (30) days."  See id. at 2.  At this time, the Court has not entered an order implementing formally the stay that Plaintiff proposed.

4. On February 20, 2008, Plaintiff amended its Complaint to add a claim for violation of the Administrative Procedure Act ("Claim III").  See First Amended Complaint (Dkt. 24).  At the same time, Plaintiff filed a Motion for Preliminary Injunction requesting that the Court enjoin the Bureau of Indian Affairs from using funds from revenues derived from operating the power system to finance the rehabilitation of spillway gates on the Headgate Rock Dam.  See Dkt. 23.

5. On March 14, 2008, Defendants filed an Answer to the First Amended Complaint. See Dkt. 30.  Before filing their Answer, Defendants noted that Plaintiff, in its January 18, 2008 Status Report, had requested that proceedings in this case be stayed.  See Defendant's Unopposed Motion for Enlargement of Time Within Which to Answer or Otherwise Respond to First Amended Complaint ¶ 3, at 2, filed March 10, 2008 (Dkt. 28).  Defendants indicated that they were uncertain whether the case was actually stayed, and therefore were filing an Answer in an abundance of caution.  See id. ¶ 5, at 2-3.

6. On April 4, 2008, the Court held a hearing on Plaintiff's Motion for Preliminary Injunction.  At the conclusion of the hearing, the Court denied the motion in a ruling from the bench. The Court also directed the parties to confer and inform the Court regarding the manner in which the parties would like to proceed with Claim III of the Plaintiff's First Amended Complaint.

7.     Since April 4, 2008, the parties' counsel have engaged in a series of discussions aimed at resolving Count III in its entirety without the need for further judicial intervention. This process involves coordination between numerous Tribal and Agency personnel and remains on-going at this time. Accordingly, the parties need additional time to determine whether these discussions will be productive. The parties propose filing a joint status report on or before April 28, 2008 to inform the Court of the parties' progress in resolving Count III of the First Amended Complaint.

8.     The parties agree that the factual and legal issues involved in the resolution of Count III are discrete from those that are pertinent to Counts I and II. The parties also believe that a stay of proceedings related to Counts I and II will allow them to focus on resolving Count III and may facilitate the resolution of Count III.

WHEREFORE, the parties respectfully request that the Court enter an order staying all proceedings related to Counts I and II of Plaintiffs' First Amended Complaint until further order of the Court. The parties propose filing a joint status report on October 13, 2008 to inform the Court of the parties' intentions with respect to the litigation of Counts I and II.

The parties propose filing a joint status report on or before April 28, 2008 to inform the Court of the parties' progress in resolving Count III of the First Amended Complaint.

Respectfully submitted this 22nd day of April, 2008,

RONALD J. TENPAS
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

By:    /s/ *Mark S. Barron*
        MARK S. BARRON, NM Bar # 24045
        ANTHONY P. HOANG, FL Bar # 0798193
        MATTHEW M. MARINELLI, IL Bar # 6277967
        United States Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        Ben Franklin Station, P.O. Box 663
        Washington, D.C. 20044-0663
        Tel. (202) 305-0490
        Fax (202) 353-2021

        *Attorneys for the United States*

        OF COUNSEL:
        KEN DALTON
        JASON HARTZ
        Office of the Solicitor
        United States Department of the Interior
        Washington, D.C.  20240

        TERESA E. DAWSON
        Office of the Chief Counsel
        Financial Management Service
        United States Department of the Treasury
        Washington, D.C.  20227

By:    HOLLAND & KNIGHT LLP

        */s/ Stephen J. McHugh*
        *by Mark S. Barron, pursuant to*
        *written authorization on April 22, 2008*
        Steven D. Gordon (D.C. Bar No. 219287)
        Lynn E. Calkins (D.C. Bar No. 445854)
        Stephen J. McHugh, (D.C. Bar No. 485148)
        Holland & Knight L.L.P.
        2099 Pennsylvania Ave. NW, Suite 100
        Washington, D.C. 20006
        202-955-3000 (phone)
        202-955-5564 (fax)

        *Counsel for Plaintiff Colorado River Indian Tribes*

OF COUNSEL:
Eric N. Shepard
Attorney General
Colorado River Indian Tribes
Route 1, Box 23-B
Parker, AZ  85344