**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| COLORADO RIVER INDIAN TRIBES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 06-cv-02212-JR |
| | ) | |
| DIRK KEMPTHORNE, Secretary of the Interior, and HENRY M. PAULSON, JR., Secretary of the Treasury, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT STATUS REPORT PURSUANT TO COURT'S APRIL 4, 2008 ORDER**

Plaintiff Colorado River Indian Tribes ("CRIT") and Defendants Dirk Kempthorne and Henry M. Paulson, Jr. respectfully submit this Joint Status Report pursuant to the order the Court issued on April 4, 2008.

1. On December 27, 2006, Plaintiff filed its Complaint in this case. See Dkt. 1.

2. On February 20, 2008, Plaintiff amended its Complaint to add a claim for violation of the Administrative Procedure Act ("Claim III"). See First Amended Complaint (Dkt. 24). At the same time, Plaintiff filed a Motion for Preliminary Injunction requesting that the Court enjoin the Bureau of Indian Affairs from using funds from revenues derived from operating the power system to finance the rehabilitation of spillway gates on the Headgate Rock Dam. See Dkt. 23.

3. On April 4, 2008, the Court held a hearing on Plaintiff's Motion for Preliminary Injunction. At the conclusion of the hearing, the Court denied the motion in a ruling from the bench. The Court also directed the parties to confer and inform the Court regarding the manner in which the parties would like to proceed with Claim III of the Plaintiff's First Amended Complaint.

4. Since April 4, 2008, the parties' counsel have engaged in a series of discussions

aimed at resolving Count III in its entirety without the need for further judicial intervention. This process involves coordination between numerous Tribal and Agency personnel and remains on-going at this time. Accordingly, the parties need additional time to determine whether these discussions will be productive. The parties propose filing a joint status report on or before May 16, 2008 to inform the Court of the parties' progress in resolving Count III of the First Amended Complaint.

    Respectfully submitted this 28th day of April, 2008,

                        RONALD J. TENPAS
                        Assistant Attorney General
                        United States Department of Justice
                        Environment & Natural Resources Division

By:    /s/ *Matthew M. Marinelli*
        MATTHEW M. MARINELLI, IL Bar # 6277967
        MARK S. BARRON, NM Bar # 24045
        ANTHONY P. HOANG, FL Bar # 0798193
        United States Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        Ben Franklin Station, P.O. Box 663
        Washington, D.C. 20044-0663
        Tel. (202) 305-0293
        Fax (202) 353-2021

        *Attorneys for the United States*

        OF COUNSEL:
        KEN DALTON
        JASON HARTZ
        Office of the Solicitor
        United States Department of the Interior
        Washington, D.C. 20240

        TERESA E. DAWSON
        Office of the Chief Counsel
        Financial Management Service
        United States Department of the Treasury
        Washington, D.C. 20227


By:    HOLLAND & KNIGHT LLP

*/s/ Stephen J. McHugh*
*by Matthew M. Marinelli, pursuant to*
*written authorization on April 28, 2008*
Steven D. Gordon (D.C. Bar No. 219287)
Lynn E. Calkins (D.C. Bar No. 445854)
Stephen J. McHugh, (D.C. Bar No. 485148) Holland & Knight L.L.P.
2099 Pennsylvania Ave. NW, Suite 100
Washington, D.C. 20006
202-955-3000 (phone)
202-955-5564 (fax)

*Counsel for Plaintiff Colorado River Indian Tribes*
OF COUNSEL:
Eric N. Shepard
Attorney General
Colorado River Indian Tribes
Route 1, Box 23-B
Parker, AZ 85344