IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Yankton Sioux Tribe v. Kempthorne, *et al.*, | ) ) ) | Civil Action No. 03-1603 (JR) |
| Pechanga Band of Luiseno Mission Indians v. Kempthorne, *et al.*, | ) ) ) | Civil Action No. 06-2206 (JR) |
| Colorado River Indian Tribes v. Kempthorne, *et al.*, | ) ) ) | Civil Action No. 06-2212 (JR) |
| Tohono O'odham Nation v. Kempthorne, *et al.*, | ) ) ) | Civil Action No. 06-2236 (JR) |
| Nez Perce Tribe, et al., v. Kempthorne, *et al.*, | ) ) ) | Civil Action No. 06-2239 (JR) |
| Passamaquoddy Tribe of Maine v. Kempthorne, *et al.*, | ) ) ) | Civil Action No. 06-2240 (JR) |
| Salt River Pima-Maricopa Indian Community v. Kempthorne, *et al.*, | ) ) ) | Civil Action No. 06-2241 (JR) |
| Ak-Chin Indian Community v. Kempthorne, *et al.*, | ) ) ) | Civil Action No. 06-2245 (JR) |

**DEFENDANTS' MOTION TO DISMISS**

Defendants, by and through their undersigned counsel, hereby move this Court for an

Order dismissing Plaintiffs' Complaint(s) pursuant to Fed. R. Civ. P. 12(b)(1) and 12(h)(3) for

lack of subject matter jurisdiction, Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which

relief can be granted, and Fed. R. Civ. P. 12(c) because Defendants are entitled to judgment as a

matter of law.  In support of this Motion, Defendants submit the accompanying Memorandum of

Points and Authorities.

Respectfully submitted this 16th day of June 2008,

RONALD J. TENPAS
Assistant Attorney General

*/s/  Matthew M. Marinelli*
MATTHEW M. MARINELLI, IL Bar # 6277967
ANTHONY P. HOANG, FL Bar #798193
MARK S. BARRON, NM Bar #24045
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0663
Tel: (202) 305-0293
Tel: (202) 305-0241
Tel: (202) 305-0490
Fax: (202) 353-2021

*Attorneys for Defendants*

OF COUNSEL:
LAWRENCE JENSEN
PAUL SMYTH
ELISABETH BRANDON
KENNETH DALTON
Office of the Solicitor
United States Department of the Interior
Washington, D.C.  20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C.  20227

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Yankton Sioux Tribe v. Kempthorne, *et al.*, | ) ) ) | Civil Action No. 03-1603 (JR) |
| Pechanga Band of Luiseno Mission Indians v. Kempthorne, *et al.*, | ) ) ) | Civil Action No. 06-2206 (JR) |
| Colorado River Indian Tribes v. Kempthorne, *et al.*, | ) ) ) | Civil Action No. 06-2212 (JR) |
| Tohono O'odham Nation v. Kempthorne, *et al.*, | ) ) ) | Civil Action No. 06-2236 (JR) |
| Nez Perce Tribe, et al., v. Kempthorne, *et al.*, | ) ) ) | Civil Action No. 06-2239 (JR) |
| Passamaquoddy Tribe of Maine v. Kempthorne, *et al.*, | ) ) ) | Civil Action No. 06-2240 (JR) |
| Salt River Pima-Maricopa Indian Community v. Kempthorne, *et al.*, | ) ) ) | Civil Action No. 06-2241 (JR) |
| Ak-Chin Indian Community v. Kempthorne, *et al.*, | ) ) ) | Civil Action No. 06-2245 (JR) |

## [PROPOSED] ORDER

This matter is before the Court on the Defendants' Motion to Dismiss.  Upon

consideration of the motion, the supporting memoranda, the opposing memoranda, the record,

and the relevant law, it is on this _____ day of _____, 2008,

ORDERED that, for good cause shown, the Defendants' motion is GRANTED.

IT IS FURTHER ORDERED that Judgment shall be entered for Defendants.


Dated: _____          _____
                                   JAMES ROBERTSON
                                   United States District Judge